No. 02–153. APONTE ET AL. *v.* CALDERON ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–154. SEXTON *v.* KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 02–157. HOGAN *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–158. HOURANI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–159. FORD MARRIN ESPOSITO WITMEYER & GLESER, L. L. P. *v.* FITZGERALD. C. A. 2d Cir. Certiorari denied.

No. 02–161. VELEZ-RUIZ *v.* TRIMBLE. C. A. 6th Cir. Certiorari denied.

No. 02–163. AMERICAN FAMILY ASSN., INC., ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–164. BIELOMATIK LEUZE GMBH+CO. *v.* FURRY ET UX. C. A. 9th Cir. Certiorari denied.

No. 02–166. ZENON RODRIGUEZ ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–169. GOLDEN PEANUT CO. *v.* BASS ET AL. Sup. Ct. Ga. Certiorari denied.

No. 02–170. GUIDICE *v.* UNITED STATES; and
No. 02–5466. IACOBELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Reported below: 31 Fed. Appx. 21.

No. 02–171. HALL *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 02–173. BERTHELOT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–175. CRISSMAN ET UX. *v.* DOVER DOWNS, INC. C. A. 3d Cir. Certiorari denied.